NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO JOSE CALDERON LOPEZ,**

*Plaintiff-Appellant*

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

*Defendant-Appellee*

---

2023-1987

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-01640-DMG-SHK, Judge Dolly M. Gee.

---

### O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2    CALDERON LOPEZ v. COMMISSIONER OF SOCIAL SECURITY

accordance with the rules.

FOR THE COURT

<u>August 15, 2023</u>
    Date                              <u>/s/ Jarrett B. Perlow</u>
                                       Jarrett B. Perlow
                                       Clerk of Court

**ISSUED AS A MANDATE:** August 15, 2023